UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　　Plaintiff,<br><br>　v.<br><br>DONNIE P. CHEATHAM,<br><br>　　　　　　　　Defendant. | CASE NO. CR 18-131 RAJ<br><br>**ORDER GRANTING TEMPORARY MODIFICATION** |

The Court GRANTS defendant Donnie Cheatham's motion for temporary modification of conditions of release, Dkt. 412, and ORDERS: (1) The appearance bond, Dkt. 157, is modified in that defendant may to go to his brother's, Jason Moore's, house at 1811 E. Howell Street, Seattle, WA 98122 on Thursday, November 22, 2018 for Thanksgiving; (2) Defendant shall return home **before** 12:01a.m., November 23, 2018; (3) all other conditions of release remain in effect.

DATED this 19th day of November, 2018.

　　　　　　　　　　　　　　　　　　＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿
　　　　　　　　　　　　　　　　　　BRIAN A. TSUCHIDA
　　　　　　　　　　　　　　　　　　Chief United States Magistrate Judge

ORDER GRANTING TEMPORARY
MODIFICATION - 1