THE HONORABLE RICHARD A. JONES

UNITED STATES DISTRICY COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　　　Plaintiff,<br><br>　　v.<br><br>DONNIE CHEATHAM,<br><br>　　　　　　　　　Defendant. | CASE NO. 2:18-cr-131-RAJ<br><br>ORDER GRANTING EARLY TERMINATION OF SUPERVISED RELEASE |

THIS MATTER comes before the Court on Defendant Donnie Cheatham's motion for early termination of supervised release. Dkt. # 1551. Having thoroughly considered the motion and the balance of the record the Court hereby GRANTS the motion.

The Court may terminate a term of supervised release at any time after the expiration of one year of supervised release "if it is satisfied that such an action is warranted by the conduct of the defendant released and the interest of justice." 18 U.S.C. §§ 3564(c), 3583(e). In deciding whether early termination is appropriate, the Court must consider several factors, including the nature and circumstances of the offense, the defendant's history and characteristics, the need to deter criminal conduct, the need to protect the public from further crimes, and the need to avoid disparity among similarly situated defendants. *See* 18 U.S.C. § 3583(e) (citing to factors in 18 U.S.C. §3553(a)); *see also United States v. Emmett*, 749 F.3d 817, 820 (9th Cir. 2014). After consideration of the factors required by 18 U.S.C. § 3583(e), the Court finds that early termination is warranted. Defendant's compliance with the conditions of supervision render continued supervision no longer appropriate.

ORDER - 1

For the forgoing reasons, the Court GRANTS defendant Donnie Cheatham's motion for early termination of supervised release.  Dkt. # 1551.

DATED this 2nd day of November, 2021.

*Richard A. Jones*

The Honorable Richard A. Jones
United States District Judge

ORDER - 2